# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>　　　　　Defendant,<br><br>vs.<br><br>SHALAINE LAWSON,<br><br>　　　　　Intervenor-Plaintiff. | CV-19-71-GF-BMM<br><br>**ORDER** |

　　　Shalaine Lawson ("Lawson") has filed a motion to intervene as a plaintiff in this matter as a matter of right under Federal Rule of Civil Procedure 24(a)(1). (Doc. 7.) Plaintiff Equal Employment Opportunity Commission ("EEOC") does not oppose the motion. Lawson initially indicated that she had attempted unsuccessfully to contact counsel for Defendant Norval Electric Cooperative, Inc.

1

("Norval"). (Doc. 7 at 2.) Norval now has responded that it does not oppose Lawson being allowed to intervene as a party plaintiff in this case. (Doc. 8.)

Lawson filed a Charge of Discrimination with the EEOC in 2017, in which she alleged that Norval had discriminated against her for engaging in protected activity, in violation of Title VII. (Doc. 7 at 2.) In light of Norval's concession that it does not opposed Lawson being allowed to intervene and Lawson's alleged status as an "aggrieved person" within the meaning of Title VII, the Court determines that Lawson's intervention as a party plaintiff would be appropriate.

Accordingly, it is hereby ordered that Lawson's motion to intervene as a party plaintiff is **GRANTED**. Lawson shall file her Complaint in Intervention (Doc. 7-1) with the Court.

DATED this 19th day of February, 2020.

_____
Brian Morris
United States District Court Judge