# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CV-19-71-GF-BMM |
| Plaintiff, | ) ) | |
| and | ) ) | |
| SHALAINE LAWSON, | ) ) | **ORDER** |
| Plaintiff-Intervenor, | ) ) | **GRANTING LEAVE TO THE EEOC TO** |
| vs. | ) ) | **APPEAR REMOTELY** |
| NORVAL ELECTRIC COOPERATIVE, INC., | ) ) ) ) | |
| Defendant. | ) | |

Having considered Plaintiff U.S. Equal Opportunity Commission's ("EEOC") Unopposed Motion to Appear Remotely (Doc. 64), and for good cause showing, IT IS HEREBY ORDERED that counsel for the EEOC may appear at the hearing on January 12, 2022 at 1:30 p.m. remotely. Counsel will contact the Clerk of Court's Office for the remote instructions.

DATED this 4th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court