**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and<br><br>SHALAINE LAWSON,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>Defendant. | CASE NUMBER: CV 19-00071-BMM<br><br>**ORDER ON INTERVENOR PLAINTIFF'S  UNOPPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY** |

INTERVENOR PLAINTIFF, having moved this Court for leave to appear by remote video conference or, alternatively, by telephone, for the January 12, 2022 hearing on Plaintiff-Intervenor Shalaine Lawson's Motion for Summary Judgment, in Great Falls, Montana, and Counsel for the original Plaintiff and Defendant having been contacted and having no objection;

IT IS HEREBY ORDERED THAT the Motion to for Leave to Appear Remotely be **GRANTED.** INTERVENOR PLAINTIFF will contact the Clerk of Court's Office for the Zoom link.

DATED this 11th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court