# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>　and<br><br>SHALAINE LAWSON,<br><br>　　　　　Plaintiff in Intervention,<br><br>　vs.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>　　　　　Defendant. | **CV-19-71-GF-BMM**<br><br>**ORDER** |

　　　The Montana Supreme Court issued an Opinion and Order on March 29, 2022, in case DA-21-0603 regarding the related state action in this matter. *Norval Elec. Coop., Inc. v. Lawson*, 2022 MT 62 (2022). The Montana Supreme Court denied Norval Electric Cooperative, Inc.'s Motion for Relief from the Order of the Seventeenth Judicial District County, Valley County. *Id.* at ¶ 47. The Montana State District Court had denied Norval's motion to stay proceedings to enforce

judgment after it was determined that Norval's supersedeas bond offered was inadequate under Montana law. *Id.* at ¶ 1.

The pending issues in Intervenor Plaintiff Shalaine Lawson's state court action relate directly to the disposition of her Motion for Summary Judgment (Doc. 53), which raises issues of collateral estoppel and res judicata. The Court requires further information about the status of the pending state action and why it should decline to impose a stay in this matter.

Accordingly, **IT IS ORDERED** that the Parties shall submit briefing not to exceed 6 pages in length on or before April 11, 2022, that includes:

1. A status report addressing the pending state court proceedings; and

2. Why the Court should decline to impose a stay in this matter pending the final resolution of Norval Electric Cooperative, Inc.'s appeal before the Montana Supreme Court.

Dated the 4th day of April, 2022.

_____
Brian Morris, Chief District Judge
United States District Court