**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br>   and<br><br>SHALAINE LAWSON,<br><br>            Plaintiff in Intervention,<br><br>   vs.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>            Defendant. | **CV-19-71-GF-BMM**<br><br>**ORDER** |

Counsel for U.S. Equal Employment Opportunity Commission ("EEOC")

requested that this Court hold a telephonic status conference regarding discovery

disputes between the parties. The Court held a telephonic status conference on

April 12, 2022. The Court heard the circumstances surrounding the dispute. The

EEOC requests production of communications and documents that have not been

disclosed, but have been referenced in the depositions of Craig Herbert, NorVal

Electric Cooperative, Inc.'s ("NorVal") general manager, and Matthew Knierim,

NorVal's business lawyer.

Accordingly, **IT IS ORDERED** that:

1. EEOC provide NorVal a description of the specific information sought

   by April 15, 2022, in order to conduct a proper search for

   communications and relevant documents.

2. NorVal must conduct a search to recover the requested communications

   and relevant documents. NorVal must seek to recover any documents in

   Matthew Knierim's possession for which EEOC maintains a legal right to

   obtain for this litigation. NorVal's search and recovery of

   communications and documents must be completed by April 29, 2022.

   NorVal must also report to EEOC about the success of the search by

   April 29, 2022. NorVal shall document and explain the steps taken to

   recover the requested information.

3. NorVal must produce the requested communications and documents to

   EEOC by May 30, 2022.

4.  Any recovered documents subject to privilege must be disclosed in a

    privilege log.

Dated the 14th day of April, 2022.


_____
Brian Morris, Chief District Judge
United States District Court