**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>and<br><br>SHALAINE LAWSON,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>Defendant. | CASE NUMBER: CV 19-00071-BMM<br><br>**ORDER ON INTERVENOR PLAINTIFF'S UNOPPPOSED MOTION TO APPEAR REMOTELY** |

INTERVENOR PLAINTIFF, having moved this Court for leave to appear remotely by telephone, for the April 24, 2024, Final Pretrial Conference, and Counsel for the original Plaintiff and Defendant having been contacted and having no objection; IT IS HEREBY ORDERED THAT the Intervenor Plaintiff's Motion for Leave to Appear Remotely is **GRANTED.** Intervenor Plaintiff will contact the Clerk of Court's Office for the Zoom link.

DATED this 26th day of March, 2024.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court