Roberta Steele, Regional Attorney
Damien A. Lee, Assistant Regional Attorney
Amos B. Blackman, Senior Trial Attorney
U.S. Equal Employment Opportunity
Commission
909 First Avenue, Suite 400
Seattle, WA 98104
Ph. (206) 576-3027
amos.blackman@eeoc.gov
Attorneys for Plaintiff EEOC

Maxon R. Davis
Davis, Hatley, Haffeman & Tighe, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
P.O. Box 2103
Great Falls, MT 59403-2103
Ph. (406) 761-5243
max.davis@dhhtlaw.com
Attorney for Defendant NorVal Electric

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>Defendant. | CASE NO: CV 19-00071-BMM<br><br>**NOTICE OF SETTLEMENT** |

COMES NOW, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant NorVal Electric Cooperative, Inc. ("NorVal") and, pursuant to Local Rule 16.5(b)(5), respectfully notify the Court that they have reached a settlement in principle of all claims set forth in the EEOC's Complaint and any claim by NorVal against the EEOC for costs and/or attorney's fees.

The EEOC and NorVal's settlement terms will be set forth in a proposed Consent Decree, which they will submit to the Court no later than April 26, 2024. The settlement will include a total gross amount of Fifty Thousand Dollars ($50,000.00) to resolve the EEOC's remaining claim for monetary damages under 42 U.S.C. § 1981a. This amount will be paid to Shalaine Lawson. The settlement will also include injunctive relief to resolve the EEOC's claims for equitable relief under Section 706(g)(1) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(g)(1). The EEOC and NorVal believe the remaining time will be sufficient to reach compromise on the complete and final terms of the proposed Consent Decree and submit it for the Court's consideration and entry.

The EEOC and NorVal respectfully request that the Court vacate the jury trial, currently scheduled to begin on May 7, 2024, along with all associated deadlines. The Consent Decree between EEOC and NorVal will not resolve Plaintiff-Intervenor Shalaine Lawson's claims set forth in her Complaint in Intervention or elsewhere, but they have notified counsel for Plaintiff-Intervenor of their settlement, and Plaintiff-Intervenor does not oppose this request.

A proposed Order effectuating the same is being submitted contemporaneously herewith for the Court's convenience.

RESPECTFULLY SUBMITTED,

Dated this April 11, 2024.

                U.S. EQUAL EMPLOYMENT
                OPPORTUNITY COMMISSSION

| ROBERTA STEELE | KARLA GILBRIDE |
|---|---|
| Regional Attorney | General Counsel |
| | |
| DAMIEN A. LEE | CHRISTOPHER LAGE |
| Assistant Regional Attorney | Deputy General Counsel |

By:   */s/Amos B. Blackman*
       AMOS B. BLACKMAN
       Senior Trial Attorney

| Seattle Field Office | Office of the General Counsel |
|---|---|
| 909 1st Avenue, Suite 400 | 131 "M" Street NE |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 576-3027 | |
| Fax: (206) 220-6911 | |
| Email: amos.blackman@eeoc.gov | |

                *Attorneys for Plaintiff*


                NORVAL ELECTRIC COOPERATIVE, INC.

By:   */s/Maxon R. Davis (with permission)*
       Maxon R. Davis
       DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
       P.O. Box 2103
       Great Falls, Montana 59403-2103

                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April 2024, a copy of the foregoing Notice of Settlement was served on the following persons by the following means:

| | |
|---|---|
| _1–3_ | CM/ECF |
| _____ | Hand Delivery |
| _____ | U.S. Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | Email |

1. Clerk of Court

2. Maxon R. Davis
   DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
   The Milwaukee Station, Third Floor
   101 River Drive North
   P.O. Box 2103
   Great Falls, MT 59403-2103
   Telephone: 406-761-5243
   max.davis@dhhtlaw.com
   *Attorneys for Defendant*

3. Todd Shea
   Shea Law Firm, P.L.L.C.
   517 S. 22nd Avenue Suite 1
   Bozeman, MT 59718
   Telephone: (406) 587-3950
   Facsimile: (406) 551-4351
   Email: toddshea@shealawoffice.net
   *Attorney for Plaintiff-Intervenor Shalaine Lawson*

                                                                 */s/Amos B. Blackman*
                                                                  Amos B. Blackman
                                                                  Senior Trial Attorney