IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>Defendant. | CASE NO: CV 19-00071-BMM<br><br>**ORDER** |

Before the Court is Plaintiff U.S. Equal Employment Opportunity Commission's and Defendant NorVal Electric Cooperative, Inc.'s Notice of Settlement. (Doc. 105.)

For good cause appearing, IT IS ORDERED that the trial scheduled to begin on May 7, 2024, and all associated deadlines and conferences, are VACATED.

IT IS FURTHER ORDERED that the EEOC and NorVal shall file their proposed Consent Decree no later than April 26, 2024.

DATED this 15th day of April, 2024.

_____
Brian Morris, Chief District Judge
United State District Court