IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NORVAL ELECTRIC COOPERATIVE, INC.,<br><br>Defendant. | CASE NO: CV 19-00071-BMM<br><br>**ORDER APPROVING CONSENT DECREE** |

Before the Court is the Proposed Consent Decree submitted by Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant NorVal Electric Cooperative, Inc. (Doc. 107.) The Court, having considered the proposal, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of the EEOC's claims in this action. The EEOC's claims are hereby dismissed with prejudice and without

costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 29th day of April, 2024.

_____
Brian Morris, Chief District Judge
United State District Court

PRESENTED th

    EQUAL EMPLOYMENT OPPORTUNITY COMMISSSION

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | Karla Gilbride<br>Acting General Counsel |
| DAMIEN A. LEE<br>Assistant Regional Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| By: /s/Amos B. Blackman<br>AMOS B. BLACKMAN<br>Senior Trial Attorney | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

Seattle Field Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 576-3027
Fax: (206) 220-6911
Email: amos.blackman@eeoc.gov

*Attorneys for Plaintiff*